# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 14, 2016

## NO. 03-14-00737-CV

**Chase Carmen Hunter, Appellant**

**v.**

**Texas Department of Insurance and David Mattax,
in his Official Capacity as Commissioner of Insurance, Appellees**

---

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR
DISSENTING OPINION BY JUSTICE PEMBERTON**

---

This is an appeal from the judgment entered by the district court on August 25, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the judgment. Therefore, the Court reverses the district court's judgment and remands the case for further proceedings consistent with this Court's opinion. Appellees shall pay all costs relating to this appeal, both in this Court and the court below.